**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: November 10, 2010**

_____

BK1010606
SJB

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT COLUMBUS

| | |
|---|---|
| IN RE: | Case No. 10-60827 |
| William E. Storm<br>Margaret E. Storm | Chapter 7 |
| | Judge Caldwell |
| Debtors | |
| | **ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOCKET #14) FOR PROPERTY LOCATED AT (2070 WAYMONT ROAD COLUMBUS , OH  43229)** |

This matter came to be considered on the Motion for Relief From Stay (the "Motion") filed by U.S. Bank, National Association on October 13, 2010 as document number 14. Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, The Trustee, and all other necessary parties were served with the Motion and the Notice required by LBR 9013-1(a).  No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 2070 Waymont Road  Columbus, OH 43229.

**IT IS THEREFORE ORDERED:**

The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

**SO ORDERED**

/s/ Steven H Patterson
Steven H Patterson, Case Attorney
Bar Registration No.0073452
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3373
(513) 354-6464 fax
Email: sohbk@lsrlaw.com

COPIES TO:

DEFAULT LIST

Franklin County Treasurer
373 South High Street
17th Floor
Columbus, OH 43215
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Ohio Housing Finance Agency
57 East Main Street
Columbus, OH 43215
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

###